DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JILL W. CONNOLLY,**
Appellant,

v.

**BAYVIEW LOAN SERVICING, LLC,**
Appellee.

No. 4D20-2364

[July 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. Deluca, Judge; L.T. Case Nos. COCO16-9190 and CACE20-014002.

Brian K. Korte and Allegra P. Fung of Korte & Associates, West Palm Beach, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***